UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

2019 JUN 18 PM 4: 15

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO. 1:19-CR- |
| ALTON BOYD JR., ) | 1:19-cr-0218 TWP-TAB |
| Defendant. ) | |

## INDICTMENT

### COUNT 1

[18 U.S.C. § 922(g)(3) – Drug User in Possession of a Firearm]

The Grand Jury charges that:

On or about April 10, 2019, in the Southern District of Indiana, ALTON BOYD JR., defendant herein, then being a knowing unlawful user of a controlled substance as defined in 21 U.S.C. Section 802, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Century Arms AK Style 7.62 pistol bearing serial number PMD-05697-18RO loaded with 25 live rounds of ammunition, in violation of Title 18, United States Code, Section 922(g)(3).

### FORFEITURE

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the

offense set forth in Count 1 of this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

    3.    The property subject to forfeiture includes, but is not necessarily limited to, the following:

        a.    a Century Arms AK Style 7.62 pistol bearing serial number PMD-05697-18RO, and

        b.    Any ammunition associated with the offense.

    4.    In addition, the United States may seek civil forfeiture of the property described above in paragraph 3 pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

███████████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Abhishek Kambli
Assistant United States Attorney