UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
INDIANAPOLIS DIVISION
2019 JUN 18 PM 4: 15
SOUTHERN DIST.
OF INDIANA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. |
| ALTON BOYD, JR., | ) | 1:19-cr-0218 TWP-TAB |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(3) Drug User in Possession of a Firearm | NMT 10 years | NMT $250,000 | NMT 3 years | |

Dated: _____    _____
ALTON BOYD, JR.
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that she signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana