AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>ALTON BOYD, JR.,<br><br>_Defendant_ | Case No. **1:19-cr-0218 TWP-TAB** |

**FILED**
JUN 19 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  ALTON BOYD, JR.,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Drug User in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(3).

Date: 6/19/2019

CLERK OF COURT, Laura A. Briggs

BY: _[signature]_
  _Deputy Clerk_

City and state:  Indianapolis, IN

---

### Return

This warrant was received on _(date)_ 6-19-19, and the person was arrested on _(date)_ 6-19-19
at _(city and state)_ INDIANAPOLIS, INDIANA.

Date: 6-19-19

_[signature]_
Arresting officer's signature

CHRISTOPHER COOPER   TASK FORCE OFFICER
Printed name and title   ATF