```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
   INDIANAPOLIS DIVISION
```

**FILED**
JUN 2 4 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) CAUSE NO.: 1:19-cr-218 |
| vs. | ) ) |
| ALTON BOYD, JR., | ) ) ) |
| Defendant. | ) |

## APPEARANCE OF COUNSEL

To:   The Clerk of this Court and all parties of record:

Charles C. Hayes of the law firm of Hayes Ruemmele LLC is authorized to practice law in this district and hereby enters his appearance as appointed counsel for Defendant.

Respectfully submitted,

HAYES RUEMMELE LLC

By:   /s/ *Charles C. Hayes*
Charles C. Hayes
141 E. Washington St.
Ste. 225
Indianapolis IN 46204
Charleshayes.atty@gmail.com
T: 317-491-1050
F: 317-491-1043